

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

August 5, 2022

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:  1:21-cv-01277-RGA *Cockett Marine Oil DMCC v. CI International Fuels, LLC et al*

Dear Judge Andrews:

Pursuant to the Court's Oral Order of August 2, 2022, the Parties submit this Joint Status Report. The Parties commenced arbitration and the arbitrators have set a hearing for Friday, August 19, 2022. The Court has stayed the case pending the outcome of the arbitration (D.I. 33). The Parties will report to the Court promptly regarding the arbitration result. If this Status Report prompts any additional questions or concerns, counsel are available at the Court's convenience.

Respectfully Submitted,

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (No. 2880)

TJH:alr

cc:  All Counsel of Record

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600   F   302.571.1253   YoungConaway.com

29635025.1