IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cockett Marine Oil DMCC, | § |
| Plaintiff/Petitioner, | § CIVIL ACTION NO.: 21-cv-1277-RGA |
| v. | § IN ADMIRALTY, Rule 9(h) |
| CI International Fuels, LLC,<br>CI International Fuels S.A.S, | § |
| Defendants/Respondents. | § |

### CONSENT JUDGMENT AND ORDER CONFIRMING ARBITRAL AWARD

Upon the parties' Agreed Motion to confirm arbitral award, this Court hereby:

**GRANTS** the motion and **CONFIRMS** the arbitration Panel's Award in favor of Cockett Marine Oil DMCC and against CI International Fuels, LLC, and CI International Fuels S.A.S., and

**ENTERS JUDGMENT** in favor of Cockett Marine Oil DMCC and against CI International Fuels, LLC, and CI International Fuels S.A.S., jointly and severally, in conformity with Award in the amount of $195,771.30 (arbitral award, $195,369.30, filing fee $402), with further interest at the prime rate on the $195,369.30 award from May 16, 2023 to the date of final judgment (herein the "Judgment Amount"); and further

**ORDERS** that Garnishee Maersk Oil Trading Inc. shall release the Judgment Amount to Cockett Marine Oil DMCC by Cockett Marine Oil DMCC counsel, with the remainder released from garnishment in this action; and further

**ORDERS** pursuant to Fed. R. Civ. P. 64(a) that this Judgment shall not be stayed.

**Consented to and Agreed:**

30321279.1

| YOUNG CONAWAY STARGATT & TAYLOR LLP | JACOBS & CRUMPLAR, P.A. |
|---|---|
| /s/ *Timothy Jay Houseal* | /s/ *Thomas C. Crumplar* |
| Timothy Jay Houseal (#2880) | Thomas C. Crumplar, Esq. (#942) |
| Rodney Square | 750 Shipyard Dr., Suite 200 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 656-5445 |
| (302) 571-6682 | tom@jcdelaw.com |
| thouseal@ycst.com | |

OF COUNSEL:                                        OF COUNSEL:

J. Stephen Simms (*pro hac vice*)        Lori Dilican
Simms Showers LLP                              Sanchez Vadillo LLP
201 International Circle, Ste. 230          11402 NW 41st Street
Baltimore, MD 21030                            Suite 202
Telephone: (410) 783-5795                  Doral, FL 33178
Facsimile: (410) 510-1789                    Office: (305) 436-1410
jssimms@simmsshowers.com          Office Fax: (813) 492-8840
                                                                EM: ldilican@svlawus.com

*Attorneys for Cockett Marine Oil DMCC*        *Attorneys for CI International Fuels, LLC and CI International Fuels S.A.S.*

**APPROVED AND SO ORDERED** this 26 day of April, 2023.

/s/ Richard G. Andrews
_____
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

30321279.1